IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENDRICK SEAHORN                                              PLAINTIFF

No. 4:13-CV-00009-SWW

CAROLYN W. COLVIN, Acting Commissioner,              DEFENDANT
Social Security Administration

ORDER AFFIRMING THE COMMISSIONER

The Court has received a Recommended Disposition [doc.#17] from Magistrate

Judge Jerome T. Kearney.  The plaintiff, Kendrick Seahorn, has filed objections to the

Magistrate Judge's Recommended Disposition.  After careful de novo review of the

record in accordance with 28 U.S.C. § 636(b)(1)(C), the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted in its

entirety as this Court's findings in all respects.[1]

The Court denies Mr. Seahorn's request for relief [doc.#1] and AFFIRMS the

Commissioner's decision.

It is so ordered this 29th day of July 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] In so ruling, the Court acknowledges Mr. Seahorn's claims that his mowing the
yard involved to him a "real small yard," that he had to take breaks when he was doing
that, and that his playing basketball was "a one-time thing."  Tr. 37, 60.